UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO HERNANDEZ CRUZ,  )<br>  )<br>   Petitioner,  )<br>  )<br>   v.  )<br>  )<br>K. MENDOZA-POWERS, Warden,  )<br>  )<br>   Respondent.  )<br>_____ ) | 1:06-CV-00112-AWI-LJO-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO PETITION<br><br>(DOCUMENT #12) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 19, 2006, respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus. On June 9, 2006, and during the pendency of this request, respondent submitted an answer to the petition for writ of habeas corpus. The Court notes petitioner's objection to the request for an enlargement of time filed on behalf of respondent. However, it is *not* the practice of this Court to grant motions for enlargements of time blindly. The Court reviews each motion carefully and grants those that show good cause. It is not unusual for a government agency to be overburdened and request additional time. Where good cause is shown, the Court accommodates the requests. The Court does not, however, grant unlimited extensions. Accordingly, the request for an extension of time is GRANTED nunc pro tunc to May 18, 2006.

IT IS SO ORDERED.

**Dated:   June 26, 2006**          /s/ Lawrence J. O'Neill
23ehd0                              UNITED STATES MAGISTRATE JUDGE